IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERNESTO SALVADOR MACIAS HERNANDEZ, | § § § | |
| Petitioner, | § § § | |
| v. | § | No. 3:26-cv-00736-L (BT) |
| | § § | |
| SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, ET AL. | § § | |
| Respondents. | § | |

## ORDER

Before the Court are Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order, both of which seek a release from immigration detention (ECF No. 2).

To promote the aims of judicial efficiency, the Court is inclined to consolidate the pending TRO with the merits of Petitioner's habeas petition. Accordingly, by **March 25, 2026**, the Court **ORDERS**:

1. Respondents shall make an appearance in this case; and

2. The parties shall submit a joint report that includes: (1) an indication as to whether the parties object to consolidation of the issues in this action; (2) an update regarding the status of Petitioner's detention; and (3) any other matters relevant to the status or disposition of the case.

SIGNED March 11, 2026.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE